Danny Ray Scott, Jr., Esq. *(Pro Hac Vice)*
GULF COAST INSURANCE LAWYERS, P.C.
3233 West Dallas Street, Suite 2101
Houston, Texas 77019
Telephone No.: (713) 941-9309
danny@gulfcoastinsurancelawyers.com
Attorneys for Plaintiff
*Charm Hospitality LLC*

Richard D. Williamson, Esq. (NV Bar No. 9932)
Briana N. Collings, Esq. (NV Bar No. 14694)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
rich@nvlawyers.com
Briana@nvlawyers.com
Local Counsel for Plaintiff
*Charm Hospitality LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL SECURITY INDEMNITY COMPNAY OF ARIZONA,<br><br>Defendants. | Case Number: 2:23-cv-00228-RFB-BNW<br><br>**UNOPPOSED MOTION TO WITHDRAW OF DANNY RAY SCOTT** |

COME NOW Danny Ray Scott of Gulf Coast Insurance Lawyers, P.C., counsel of record for plaintiff, and respectfully request to withdraw as counsel of record on behalf of plaintiff in the above named and numbered cause. Plaintiff will continue to be represented through counsel, Briana Collings, Richard Williamson, Nohayia Javed, and Dan Simmonds.

Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

DANNY RAY SCOTT'S UNOPPOSED MOTION TO WITHDRAW
PAGE 1

DATED this 24th day of November, 2023.

GULF COAST INSURANCE LAWYERS, P.C.
3233 West Dallas Street, Suite 2101
Houston, Texas 77019

By:  /s/ Danny Ray Scott
Danny Ray Scott, Jr., Esq. *(Pro Hac Vice)*
*Counsel for Plaintiff*

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

DANNY RAY SCOTT'S UNOPPOSED MOTION TO WITHDRAW
PAGE 2

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for defendant, Kassandra Altantulkhuur, and Todd Moody. Ms. Altantulkhuur and Mr. Moody indicated that the defendant does not oppose the relief requested in the motion.

                                          */s/ Danny Ray Scott*
                                          Counsel for Plaintiff *(Pro Hac Vice)*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing MOTION TO WITHDRAW OF DANNY RAY SCOTT with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 24th day of November 2023.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                          */s/ Danny Ray Scott*
                                          Counsel for Plaintiff *(Pro Hac Vice)*

Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

DANNY RAY SCOTT'S UNOPPOSED MOTION TO WITHDRAW
PAGE 3

1  Danny Ray Scott, Jr., Esq. *(Pro Hac Vice)*
   GULF COAST INSURANCE LAWYERS, P.C.
2  3233 West Dallas Street, Suite 2101
   Houston, Texas 77019
3  Telephone No.: (713) 941-9309
   danny@gulfcoastinsurancelawyers.com
4  Attorneys for Plaintiff
   *Charm Hospitality LLC*
5
   Richard D. Williamson, Esq. (NV Bar No. 9932)
6  Briana N. Collings, Esq. (NV Bar No. 14694)
   ROBERTSON, JOHNSON, MILLER & WILLIAMSON
7  50 West Liberty Street, Suite 600
   Reno, Nevada 89501
8  Telephone No.: (775) 329-5600
   rich@nvlawyers.com
9  Briana@nvlawyers.com
   Local Counsel for Plaintiff
10 *Charm Hospitality LLC*

11              **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13 CHARM HOSPITALITY LLC                  Case Number: 2:23-cv-00228-RFB-BNW
   D/B/A WINGATE BY WYNDHAM ELKO
14
                   Plaintiffs,            **ORDER ON DANNY RAY SCOTT'S**
15                                        **UNOPPOSED MOTION TO WITHDRAW**
         vs.
16
   GENERAL   SECURITY   INDEMNITY
17 COMPNAY OF ARIZONA,

18                 Defendants.

19

20     After considering Danny Ray Scott's unopposed motion to withdraw, the Court

21 GRANTS the motion.

22                   **IT IS SO ORDERED**

23                   **DATED:** 4:58 pm, November 27, 2023

24

25                   *[signature]*

26                   **BRENDA WEKSLER**
                     **UNITED STATES MAGISTRATE JUDGE**
27

28

---

ORDER ON DANNY RAY SCOTT'S MOTION TO WITHDRAW
PAGE 1

<mark>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

<mark/>

Danny Ray Scott, Jr., Esq. *(Pro Hac Vice)*
Nohayia Javed, Esq. *(Pro Hac Vice)*
Gulf Coast Insurance Lawyers, P.C.
3233 West Dallas Street, Suite 2101
Houston, Texas 77019
Telephone No.: (713) 941-9309
danny@gulfcoastinsurancelawyers.com
attorneyjaved@gulfcoastinsurancelawyers.com
Attorneys for Plaintiff
*Charm Hospitality LLC*

Richard D. Williamson, Esq. (NV Bar No. 9932)
Briana N. Collings, Esq. (NV Bar No. 14694)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
rich@nvlawyers.com
Briana@nvlawyers.com
Local Counsel for Plaintiff
*Charm Hospitality LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL SECURITY INDEMNITY COMPNAY OF ARIZONA,<br><br>Defendants. | Case Number: 2:23-cv-00228-RFB-BNW<br><br>**CONSENT TO MOTION TO WITHDRAW** |

This confirms that by signature below that Charm Hospitality, LLC d/b/a Wingate by Wyndham Elko hereby consents to the withdrawal of Danny Ray Scott of Gulf Coast Insurance Lawyers, P.C. as co-counsel of record in the above and numbered cause.

/s/ Param Kaur
Param Kaur for Charm Hospitality, LLC d/b/a Wingate by Wyndham Elko

Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

TITLE
PAGE 1