1 | Nohayia Javed, Esq. *(Pro Hac Vice)*
2 | Dan Simmonds, Esq. (*Pro Hac Vice*)
  | Javed Law Firm, PLLC
  | 3019 Spider Lily
3 | San Antonio, TX 78258
  | Telephone No.: (832) 360-0476
4 | attorney@javedlawfirm.com
  | dsimmonds@javedlawfirm.com
5 | Attorneys for Plaintiff
  | *Charm Hospitality LLC*
6 |
7 | Richard D. Williamson, Esq. (NV Bar No. 9932)
  | Briana N. Collings, Esq. (NV Bar No. 14694)
  | ROBERTSON, JOHNSON, MILLER & WILLIAMSON
8 | 50 West Liberty Street, Suite 600
  | Reno, Nevada 89501
9 | Telephone No.: (775) 329-5600
  | rich@nvlawyers.com
10 | Briana@nvlawyers.com
   | Local Counsel for Plaintiff
11 | *Charm Hospitality LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO | Case Number: 2:23-cv-00228-RFB-BNW |
|---|---|
| Plaintiff, | **STIPULATED MODIFIED DISCOVERY PLAN AND SCHEDULING ORDER (THIRD MODIFICATION)** |
| vs. | |
| GENERAL SECURITY INDEMNITY COMPNAY OF ARIZONA, | |
| Defendants. | |

Come now, Plaintiff, Charm Hospitality LLC d/b/a Wingate by Wyndham Elko ("Plaintiff"), by and through its counsel of record, Javed Law Firm PLLC and Robertson, Johnson, Miller & Williamson, and Defendant General Security Indemnity Company of Arizona, by and through its counsel of record, Walker Wilcox Matousek, LLP and Hutchison & Steffen, PLLC, and hereby submit the following proposed Modified Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f) and LR 16-1.

Plaintiff, Defendant, and their respective counsel stipulate to extend the discovery deadlines in this matter as set forth herein. As required by LR 26-4, the parties provide the

Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

STIPULATED MODIFIED DISCOVERY PLAN AND SCHEDULING ORDER (THIRD MODIFICATION)
PAGE 1

following information which they assert demonstrates good cause for granting this Stipulated Modified Discovery Plan and Scheduling Order:

1.  A need has arisen to extend the previously agreed-upon deadlines established in the Stipulated Discovery Plan and Scheduling Order (Second Modification). The parties have been working diligently in conducting discovery. To date, Plaintiff has produced 1,416 pages of documents while Defendant has produced 7,085 pages. Defendant has withheld certain documents based on privilege and is currently prepare a privilege log for Plaintiff's review. The parties cannot fully prepare their experts for disclosure until all written discovery issues are resolved.

2.  In addition, the parties are working to resolve issues related to certain third-party document subpoenas that Plaintiff intends to issue.

3.  The parties have fully discussed witnesses that will need to be deposed in this case and both parties can represent to the Court that the list is substantial and will require much time and travel in order to get this accomplished.

4.  The parties have agreed that, based upon the outstanding written discovery issues still present, an extension to the expert discovery deadline, and all other discovery deadlines based thereupon, is necessary and agreeable. Among these deadlines are: the Discovery Cut-Off Date, Expert Witness Disclosures, Dispositive Motions, and Pre-Trial Disclosures.[1]

Based on the foregoing, the parties stipulate as follows:

1.  <u>Discovery Cut-Off Date</u>. The parties request a one hundred four (104) day continuance of the discovery cut-off date from the current cut-off date of April 19, 2024. The new discovery cut-off date would therefore be August 1, 2024.

3.  <u>Expert Witness Disclosures</u>. The parties request a eighty (80) day continuance of the deadline for disclosures of any expert witnesses currently set for February 19, 2024. The

---

[1] On October 20, 2023, Plaintiff filed its Motion for Leave to Amend the Complaint. (Dkt. 23.) On November 2, 2023, General Security filed a response arguing against amendment, but in the alternative requesting the Court extend all current deadlines by 90 days. (Dkt. 24.) General Security's agreement to a 60-day extension of all current deadlines as set forth in this joint stipulation is made without prejudice to its arguments and its request for alternative relief in its response to Plaintiff's Motion for Leave to Amend the Complaint.

Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

STIPULATED MODIFIED DISCOVERY PLAN AND SCHEDULING ORDER (THIRD MODIFICATION)
PAGE 2

1  new deadline for disclosures of any expert witnesses would therefore be May 9, 2024. The disclosures of any rebuttal experts shall remain due fifty-one (51) days after the initial disclosures of experts: June 29, 2024.

4. <u>Dispositive Motions</u>. The parties request a sixty-two (62) day continuance of the deadline for Dispositive Motions which is currently set for May 20, 2024. The new deadline for such motions would therefore be July 20, 2024.

5. <u>Pretrial Order</u>. The parties request a sixty-two (62) day continuance to file the Joint Pretrial Order which is currently due on June 18, 2024. The new deadline to file the Joint Pretrial Order would therefore be August 18, 2024.

6. <u>Other Provisions</u>. All other provisions of the Stipulated Discovery Plan and Scheduling Order not in conflict herewith, shall remain in full force and effect.

DATED this 31st day of January, 2024.

JAVED LAW FIRM, PLLC
By: /s/ Nohayia Javed
Nohayia Javed
Dan D. Simmonds
3019 Spider Lily
San Antonio, TX 78258

and

ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501

By: /s/ Briana N. Collings
Richard D. Williamson, Esq.
Briana N. Collings, Esq.
*Local Counsel for Plaintiff*

WALKER WILCOX MATOUSEK LLP
One North Franklin, Suite 3200
Chicago, Illinois 60606

By: /s/ Kassandra Altantulkhuur
David Walker, Esq.
Kassandra Altantulkhuur, Esq.
*Counsel for Defendant*

HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

By: /s/ Todd Moody
Todd L. Moody, Esq.
*Local Counsel for Defendant*

**IT IS SO ORDERED**

**DATED:** 3:59 pm, February 01, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

STIPULATED MODIFIED DISCOVERY PLAN AND SCHEDULING ORDER (THIRD MODIFICATION)
PAGE 3