Todd L. Moody (5430)
Richard L. Wade (11879)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
tmoody@hutchlegal.com
rwade@hutchlegal.com

David E. Walker *(pro hac vice forthcoming)*
Kassandra Altantulkhuur *(pro hac vice)*
WALKER WILCOX MATOUSEK, LLP
One North Franklin, Suite 3200
Chicago, IL  60606
Tel: (312) 244-6700
Fax: (312) 244-6800
dwalker@walkerwilcox.com
kalt@walkerwilcox.com

*Attorneys for Defendant General Security Indemnity Company of Arizona*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>Defendant. | Case no. 2:23-cv-00228-RFB-BNW |

### DEFENDANT GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT

NOW COMES Defendant General Security Indemnity Company of Arizona ("General Security") by and through its attorneys Hutchison & Steffen, PLLC and Walker Wilcox

Matousek LLP and for its Unopposed Motion for Extension of Time to File Answer to Plaintiff's Amended Complaint (the "Motion"), states as follows:

1. On October 20, 2023, Plaintiff Charm Hospitality, LLC filed a motion for leave to file its first amended complaint adding another plaintiff. *See* ECF No. 23.

2. On November 2, 2023, General Security filed its opposition to Plaintiff's motion for leave. *See* ECF No. 24.

3. On May 23, 2024, this Court granted Plaintiff's motion and permitted Plaintiff to file its first amended complaint. *See* ECF No. 41.

4. In its order, the Court also extended all discovery deadlines by 90 days in order to permit General Security to retain new local counsel because of a potential conflict presented by Plaintiff's first amended complaint.

5. On May 28, 2024, Plaintiff filed its First Amended Complaint. *See* ECF No. 42.

6. Pursuant to Federal Rule of Civil Procedure 15, General Security's answer was due on June 11, 2024.

7. Due to difficulties retaining new local counsel, General Security was unable to file its response to the Amended Complaint by June 11 and requests an extension of 14 days to respond. The new responsive deadline would be June 25, 2024.

8. Plaintiff's counsel has agreed to the extension and does not oppose this Motion.

9. This Motion is not made for any improper reason or to cause undue hardship or delay.

WHEREFORE, General Security respectfully requests that this Court grant this Motion and permit General Security to file its response to the Amended Complaint on or before June 25, 2024.

Dated this 12th day of June 2024.

        HUTCHISON & STEFFEN, PLLC

        */s/ Todd L. Moody*
        _____
        Todd L. Moody (5430)
        Richard L. Wade (11879)
        HUTCHISON & STEFFEN, PLLC
        10080 West Alta Drive, Suite 200
        Las Vegas, NV 89145
        Tel: (702) 385-2500
        Fax: (702) 385-2086
        tmoody@hutchlegal.com
        rwade@hutchlegal.com

        David E. Walker *(pro hac vice forthcoming)*
        Kassandra Altantulkhuur (*pro hac vice*)
        WALKER WILCOX MATOUSEK, LLP
        One North Franklin, Suite 3200
        Chicago, IL 60606
        Tel: (312) 244-6700
        kalt@walkerwilcox.com

        *Attorneys for Defendant General Security Indemnity Company of Arizona*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 13, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, the foregoing document was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

/s/ Shaun L. Bruce