Rory T. Kay, Esq. (NSBN 12416)
Adrienne Brantley-Lomeli, Esq. (NSBN 14486)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
abrantley@mcdonaldcarano.com

David E. Walker (pro hac vice pending)
Kassandra Altantulkhuur (pro hac vice pending)
WALKER WILCOX MATOUSEK, LLP
One North Franklin, Suite 3200
Chicago, IL 60606
Tel: (312) 244-6700
Fax: (312) 244-6800
dwalker@walkerwilcox.com
kalt@walkerwilcox.com

*Attorneys for Defendant General Security Indemnity Company of Arizona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO; and WEST TOWN BANK & TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, Defendant. | Case no. 2:23-cv-00228-RFB-BNW<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

///
///
///

4891-9434-0046.2

Notice is hereby given that, subject to approval by the Court, Defendant General Security Indemnity Company of Arizona hereby authorizes and consent to the substitution of Rory T. Kay and Adrienne Brantley-Lomeli of McDonald Carano LLP as attorneys of record in the above-entitled action, in the place and stead of Todd L. Moody and Richard L. Wade of Hutchison & Steffen, LLC.

I consent to the above substitution.

Dated this 10th day of July, 2024

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA

*Derek Pietrzykowski*
Derek Pietrzykowski

I consent to be substituted.

Dated this 16 day of July, 2024

HUTCHISON & STEFFEN LLP

/s/    Todd L. Moody
Todd L. Moody (5430)
Richard L. Wade (11879)
Peccole Professional Park
10080 W Alta Dr Ste 200
Las Vegas, NV 89145
702-385-2500
tmoody@hutchlegal.com

I consent to the above substitution.

Dated this 10 day of July, 2024

McDONALD CARANO LLP

/s/ Adrienne Brantley-Lomeli
Rory T. Kay, Esq. (NSBN 12416)
Adrienne Brantley-Lomeli, Esq. (NSBN 14486)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100

4891-9434-0046.2

Page 2 of 4

1  The substitution of attorney is hereby approved and so ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on July __16__, 2024 a copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

/s/ *Kimberly Kirn*
An Employee of McDonald Carano