A.J. Kung, Esq.
Nevada Bar No. 7052
**KUNG & BROWN**
1020 Garces Ave.
Las Vegas, NV 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
ajkung@ajkunglaw.com
*Counsel for Plaintiff Charm Hospitality LLC
dba Wingate by Wyndham Elko*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO, and WEST TOWN BANK & TRUST, <br><br>Plaintiffs,<br><br>v.<br><br>GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>Defendant. | CASE NO.: 2:23-cv-00228-RFB-BNW<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff, CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO ("Charm"), hereby substitutes attorney, A.J. Kung, Esq., of the Law Office of Kung & Brown, located at 1020 Garces Avenue, Las Vegas, NV 89101, in the above-entitled action, in place and stead of Briana N. Collings, Esq., of Robertson, Johnson, Miller & Williamson, located at 50 West Liberty Street, Suite 600, Reno, NV 89501.

Dated this 27th day of January, 2025.

_____
PARAM J. KAUR, on behalf of Charm Hospitality LLC dba Wingate by Wyndham Elko

Briana N. Collings, Esq. and Richard D. Williamson, Esq., of ROBERTSON, JOHNSON, MILLER & WILLIAMSON hereby consent to the substitution of A.J. Kung, Esq., of the Law Office Kung & Brown, as attorneys of record for Charm.

Dated this 28th day of January, 2025.

Briana N. Collings, Esq.
Richard D. Williamson, Esq.
ROBERTSON, JOHNSON. MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, NV 89501

Attorney, A.J. Kung, Esq. of the LAW OFFICE KUNG & BROWN, hereby consents to act as attorney of record for Charm in the above-entitled action in place and stead of Briana N. Collings, Esq. and Richard D. Williamson, of Robertson, Johnson, Miller & Williamson.

Dated this 28th day of January, 2025.

A.J. Kung, Esq.
KUNG & BROWN
1020 Garces Avenue
Las Vegas, Nevada 89101

**IT IS SO ORDERED**

**DATED:** 11:55 am, January 30, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of January 2025, a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL was served pursuant to FRCP 5(b)(2)(E), to the parties on the service list as follows:

Nohavia Javed, Esq.
(Pro Hac Vice)
Dan Simmons
(Pro Hac Vice)
**JAVED LAW FRIM, PLLC**
3019 Spider Lily
San Antonio, TX 78258
attorneyjaved@gmail.com
dsimmonds@javedlawfirm.com
*Counsel for Plaintiffs*

Richard D. Williamson, Esq.
Nevada Bar No. 9932
Briana N. Collings, Esq.
Nevada Bar No. 14694
**ROBERTSON, JOHNSON, MILLER & WILLIAMSON**
50 W. Liberty Street, Suite 600
Reno, NV 89501
rich@nvlawyers.com
briana@nvlawyers.com
*Counsel for Plaintiffs*

David Walker, Esq.
(Admitted Pro Hac Vice)
Kassandra Altantulkhuur, Esq.
(Admitted Pro Hac Vice)
**WALKER WILCOX MATOUSEK LLP**
One North Franklin, Suite 3200
Chicago, IL 60606
dwalker@walkerwilcox.com
dougwalker@walkerwilcox.com
kalt@walkerwilcox.com
*Counsel for Defendant*

. . .

. . .

Rory T. Kay, Esq.
Nevada Bar No. 12416
Adrienne Brantley-Lomeli, Esq.
Nevada Bar No. 14486
Kiley A. Harrison, Esq.
Nevada Bar No. 16092
**MCDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com
abrantley@mcdonaldcarano.com
*Counsel for Defendant*

/s/ Brooke Bishop
An employee of Kung & Brown