Nohayia Javed, Esq. *(Pro Hac Vice)*
Dan Simmonds, Esq. (*Pro Hac Vice*)
Javed Law Firm, PLLC
1107 Babcock Rd., Ste. 4
Balcones Heights, TX 78258
Telephone No.: (832) 360-0476
attorney@javedlawfirm.com
dsimmonds@javedlawfirm.com
Attorneys for Plaintiffs
*Charm Hospitality LLC and*
*West Town Bank & Trust*

Richard D. Williamson, Esq. (NV Bar No. 9932)
Briana N. Collings, Esq. (NV Bar No. 14694)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
rich@nvlawyers.com
Briana@nvlawyers.com
Local Counsel for Plaintiff
*West Town Bank and Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO and WEST TOWN BANK & TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL SECURITY INDEMNITY COMPNAY OF ARIZONA,<br><br>Defendant. | Case Number: 2:23-cv-00228-RFB-BNW<br><br>**ORDER ON NOHAYIA JAVED, DAN SIMMONDS, AND JAVED LAW FIRM, PLLC'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO AND WEST TOWN BANK & TRUST** |

After considering the Unopposed Motion to Withdraw as Counsel of Record for Charm Hospitality LLC d/b/a Wingate by Wyndham Elko and West Town Bank & Trust brought by Nohayia Javed, Dan Simmonds, and Javed Law Firm, PLLC, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that Nohayia Javed, Dan Simmonds, and Javed Law Firm, PLLC are withdrawn as counsel of record for Charm Hospitality LLC d/b/a Wingate by Wyndham Elko and West Town Bank & Trust.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

UNOPPOSED MOTION TO WITHDRAW
PAGE 1

The Court GRANTS the Unopposed Motion to Withdraw as Counsel (ECF No. 54).
IT IS SO ORDERED.

DATED: February 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

JAVED LAW FIRM, PLLC

*/s/ Nohayia Javed*
Nohayia Javed, Esq. *(Pro Hac Vice)*
Dan Simmonds, Esq. (*Pro Hac Vice*)
Local Counsel for Plaintiff
*West Town Bank and Trust*

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street
Suite 600
Reno, Nevada 89501

UNOPPOSED MOTION TO WITHDRAW
PAGE 2