1  Nathanael R. Rulis, Esq. (#11259)
   n.rulis@kempjones.com
2  KEMP JONES, LLP
   3800 Howard Hughes Parkway, Fl. 17
3  Las Vegas, Nevada 89169
   Telephone: (702) 385-6000
4  Facsimile: (702) 385-6001

5

6  *Attorneys for Plaintiff*
   *West Town Bank & Trust*

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF NEVADA**

9
   CHARM HOSPITALITY LLC D/B/A         Case Number: 2:23-cv-00228-RFB-BNW
10 WINGATE BY WYNDHAM ELKO, and
   WEST TOWN BANK & TRUST
11                                     **SUBSTITUTION OF COUNSEL**
          Plaintiffs,
12
          vs.
13
   GENERAL SECURITY INDEMNITY
14 COMPANY OF ARIZONA,

15        Defendant.

16

17

18

19        COMES NOW Plaintiff West Town Bank & Trust, and hereby substitutes Nathanael

20 Rulis, Esq. of Kemp Jones, LLP, located at 3800 Howard Hughes Parkway, 17th Floor, Las

21 Vegas, Nevada 89169, in the above-entitled action, in place and stead of Richard D. Williamson

22 and Briana N. Collings of Robertson, Johnson, Miller & Williamson, located at 50 W. Liberty

23 Street, Suite 600, Reno, Nevada 89501.

24

25 / / /

26 / / /

27 / / /

28 / / /

                                  1

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1    DATED this ___ day of February, 2025.

2                                    WEST TOWN BANK & TRUST

3                                    Joseph K. Ryan    Digitally signed by Joseph K.
                                                       Ryan
4                                                      Date: 2025.02.10 15:50:36 -05'00'

                                     _____
5                                    By: Joe Ryan
                                     Title: Special Assets Officer II
6

7        Richard D. Williamson and Briana N. Collings of Robertson, Johnson, Miller &

8    Williamson hereby consent to the substitution of Nathanael Rulis of Kemp Jones, LLP as

9    attorneys for West Town Bank & Trust.

10       Dated this ___ day of February, 2025.

11                                   *Briana N. Collings*
                                     Briana N. Collings (Feb 10, 2025 12:59 PST)
12                                   _____
                                     Richard D. Williamson, Esq.
13                                   Briana N. Collings, Esq.

14

15       Nathanael Rulis of Kemp Jones, LLP hereby consents to act as attorney of record for West

16   Town Bank & Trust in the above-entitled action in place and stead of Richard D. Williamson and

17   Briana N. Collings of Robertson, Johnson, Miller & Williamson.

18       Dated this *10* day of February, 2025.

19                                   _____
                                     Nathanael Rulis, Esq.
20

21

22

23       **IT IS SO ORDERED**

24       **DATED:** 9:05 am, February 11, 2025

25

26

27       **BRENDA WEKSLER**
         **UNITED STATES MAGISTRATE JUDGE**
28

                                        2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2025, a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL** was served via the United States District Court CM/ECF system to all parties on the e-service list.

/s/ Ali Lott
An employee of Kemp Jones, LLP

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3