**KEMP JONES, LLP**
Nathanael R. Rulis, Esq. (#11259)
Francesca M. Bergeret-Simpson, Esq. (#16499)
3800 Howard Hughes Parkway, Fl. 17
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
n.rulis@kempjones.com
f.bergeret-simpson@kempjones.com
*Attorneys for Capital Bank, N.A., formerly West Town Bank & Trust*

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO, and WEST TOWN BANK & TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>Defendant. | Case Number: 2:23-cv-00228-RFB-BNW<br><br>**STIPULATION FOR PAYMENT OF SETTLEMENT FUNDS** |

Plaintiff, Charm Hospitality, LLC dba Wingate By Wyndham Elko ("Charm") by and through counsel, the Law Office of Kung & Brown; Plaintiff, Capital Bank, N.A., formerly West Town Bank & Trust ("WTB"), by and through counsel, Nathanael R. Rulis, Esq. of Kemp Jones, LLP; together with their former counsel, Nohayia Javed, Esq. ("Javed"), by and through her counsel, Gordon Rees Scully Mansukhani, LLP (collectively the "Settling Plaintiffs"); and Defendant General Security Indemnity Company of Arizona ("Settling Defendant" or "General Security"), by and through counsel, Walker Wilcox Matousek, LLP and McDonald Carano LLP, (all parties collectively, the "Settling Parties") hereby represent, agree and stipulate as follows:

**RECITALS**

WHEREAS, Plaintiffs and Settling Defendant previously reached a settlement sum to resolve the claims in this action at mediation on December 17, 2024, though the terms of remitting

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

payment are disputed as between Charm, WTB, and Javed.

WHEREAS, the Settling Parties agree that General Security shall pay the total settlement amount set forth in the Confidential Settlement Agreement between the Settling Parties (the "Settlement Funds") in full satisfaction of the settlement.

WHEREAS, certain parties on the Settling Plaintiffs' side dispute the allocation or division of the Settlement Funds among themselves.

WHEREAS, that dispute is delaying payment of the Settlement Funds by General Security.

WHEREAS, the Settling Parties desire to permit prompt payment of the Settlement Funds while preserving all Settling Plaintiffs' rights to resolve their respective claims to those funds.

## STIPULATION

1. **Payment of Settlement Funds.** Within thirty (30) days of entry of this Order, General Security shall deliver the Settlement Funds described in the Confidential Settlement Agreement between the Settling Parties to Settling Plaintiff West Town Bank which shall be deposited into a blocked, interest-bearing account opened with Capital Bank, N.A. (formerly West Town Bank & Trust), and identified as: **Charm/WTBT/Javed Settlement Funds Account** (the "Blocked Account").

2. **The Blocked Account**. The Settlement Funds shall remain in the Blocked Account and shall not be withdrawn, transferred, assigned, pledged, or otherwise disbursed except (a) upon a stipulation executed by all Settling Plaintiffs, or (b) upon further order by the United States District Court for the District of Nevada as presiding over the matter of *Charm Hospitality LLC D/B/A Wingate By Windham Elko v. Nohayia Javed, Esq., et al.,* Case No. 2:25-cv-00282 (hereinafter, the "Designated Court") directing the allocation of the Settlement Funds. Interest accruing on the Settlement Funds while deposited in the Blocked Account will inure to the benefit of Charm, Javed and WTB as provided for in the stipulation of the parties or further order of the Designated Court.

3. **Protection from Attachment or Execution**. The Settlement Funds deposited pursuant to this Order shall be held in the Blocked Account and shall not be subject to any form

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

of levy, garnishment, attachment, lien, or execution by any third party pending further order of the Designated Court. Any attempt to attach or execute upon the Settlement Funds shall be void and of no effect unless expressly authorized by order of the Designated Court.

4. **No Admission; Reservation of Rights**. This Stipulation and deposit of funds shall not constitute an admission of liability or a waiver of any party's claim or defense regarding the proper allocation of the Settlement Funds or with respect to any claim or defense in this pending action.

5. **Relief of Settling Defendant**. Upon payment of the Settlement Funds into the Blocked Account as set forth herein, General Security shall have fully satisfied its payment obligations under the Confidential Settlement Agreement and shall have no further responsibility for the division or distribution of the Settlement Funds.

6. **Stipulation of Dismissal**. Within fifteen (15) calendar days of General Security depositing the Settlement Funds into the Blocked Account, General Security and the Settling Plaintiffs will prepare and file a Joint Stipulation of Dismissal dismissing this matter with prejudice, each party bearing its own fees and costs.

Dated this 8th day of June, 2026.

**KEMP JONES, LLP**

*/s/ Nathanael Rulis*
Nathanael R. Rulis, Esq. (#11259)
Francesca M. Bergeret-Simpson, Esq. (#16499)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Capital Bank, N.A., formerly West Town Bank & Trust*

Dated this 8th day of June, 2026.

**KUNG & BROWN**

*/s/ A.J. Kung*
A.J. Kung, Esq. (#7052)
1020 Garces Ave.
Las Vegas, NV 89101
*Attorneys for Plaintiff Charm Hospitality LLC*

Dated this 8th day of June, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*
Gaurav Bobby Kalra, Esq.(#16898)
A. Jill Guingcangco, Esq.(#14717)
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for Nohayia Javed, Esq.*

Dated this 8th day of June, 2026.

**WALKER WILCOX MATOUSEK LLP**

*/s/ David Walker*
David Walker, Esq.
Kassandra Altantulkhuur, Esq.
One North Franklin, Suite 3200
Chicago, Illinois 60606

**McDONALD CARANO LLP**
Rory T. Kay, Esq. (# 12416)
Adrienne Brantley-Lomeli, Esq. (# 4486)
Kiley A. Harrison, Esq. (#16092)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Defendant General Security Indemnity Company of Arizona*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 17, 2026

KEMP JONES, LLP
3800 Howard Hughes Parkway, Suite 1700
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com